# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI ST. JOSEPH DIVISION

| | |
|---|---|
| Timothy Lombard, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. ) 13-6036-CV-SJ-JTM |
| Carolyn W. Colvin, | ) ) |
| Defendant. | ) ) |

## **O R D E R**

On Thursday, May 22, 2014, the Court heard oral argument on the *Plaintiff's Social Security Brief,* filed August 22, 2013, [Doc. 9] and the *Brief For Defendant*, filed January 30, 2014, [Doc. 16]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the oral argument, it is

**ORDERED** that the conclusion of the Commissioner is **AFFIRMED**.

                                                */s/ John T. Maughmer*
                                          **JOHN T. MAUGHMER**
                                          **U. S. MAGISTRATE JUDGE**